UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

JOAN KHATTAB

    v.                                        CA 14-261 ML

SMITH BARNEY, et al.

## ORDER

This matter is before the Court on the Report and Recommendation issued by Magistrate Judge Almond on February 25, 2015 (Docket #27). No objections has been filed and the time for doing so has passed.

The Court, therefore, adopts the Report and Recommendation. Defendants' Citigroup, Inc. And Citigroup Global Markets, Inc. Motion for Summary Judgment is DENIED for the reasons set forth in the Report and Recommendation.

SO ORDERED:

*/s/ Mary M. Lisi*
Mary M. Lisi
United States District Judge
March 17, 2015